JOHNNIE C ELERBY
130 ELLERBY MCCALLUM RD
DE KALB, MS 39328

JOHNNY R. ELLERBY
130 ELLERBY MCCALLUM RD
DE KALB, MS 39328

TOWN FINANCE
107 22ND AVE S
MERIDIAN, MS 39301

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

LINCOLN AUTOMOTIVE
ATTN: BANKRUPTCY
P.O. BOX 542000
OMAHA, NE 68154

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

AIR SOUTH LLC
P.O. BOX 211
MENDENHALL, MS 39114

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

USDA
FARM SERVICE AGENCY
P.O. BOX 66879
SAINT LOUIS, MO 63166

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

REGIONAL FINANCE
555 BONITA LAKES PLAZA
STE C
MERIDIAN, MS 39301

USDA
C/O US ATTORNEY
501 E COURT ST
STE 4.401
JACKSON, MS 39201

CAVALRY PORTFOLIO
ATTN: BANKRUPTCY
1 AMERICAN LANE
STE 220
GREENWICH, CT 06831

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE PL
BATON ROUGE, LA 70809

CHOWDER
8920 EVES RD. #769479
ROSWELL, GA 30076

SANTANDER CONSUMER USA
ATTN: BANKRUPTCY
PO BOX 961211
FORT WORTH, TX 76161

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

SINGING RIVER FCU
6006 HIGHWAY 63
MOSS POINT, MS 39563

HEIGHTS FINANCE
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060

JOHN DEERE FINANCIAL
P.O. BOX 650215
DALLAS, TX 75265

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232