**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

In re:                                                          Case No.: 26-01403-JAW

Johnnie C Elerby,                                          Chapter: 13

        Debtors.

**OBJECTION OF SANTANDER CONSUMER USA INC. TO**
**CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

Santander Consumer USA Inc. dba Chrysler Capital ("Movant"), a secured creditor herein, by and through its undersigned attorney, files its objection to confirmation of the proposed plan and states as follows:

1.      On May 20, 2026, Johnnie C Elerby (the "Debtors") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").

2.      This Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. §§157, 1334 and 11 U.S.C. § 1324.

3.      On April 7, 2025, the Debtor Johnnie C Elerby executed and delivered that certain Retail Installment Sale Contract (the "Note"), which was assigned to MOVANT, for the 2024 Kia Forte bearing Vehicle Identification Number 3KPF24ADXRE751611 (the "'Collateral"). A true and correct copy of the Note is attached hereto as **Exhibit "A."**

4.      In order to secure its purchase money security interest evidenced by the Note, Movant recorded its lien by notating the Title (the "Title"), a true and correct copy of which is attached hereto as **Exhibit "B."**

5.      On May 20, 2026, the Debtors filed a Chapter 13 Plan (Dkt. 2) (the "Plan").

6.      Movant has a 910 claim in the amount of $23,316.87, filed in this matter as Claim 4-1 ("MOVANT'S CLAIM").

7.      The Plan correctly classifies and values Movant's Claim; however, the Plan fails to provide for the proper treatment of Movant's Claim based on the fact that the Plan does not provide adequate assurance of lien retention as to the Collateral.

8.      The Plan has not been accepted by Movant pursuant to 11 U.S.C. § 1325(a)(5)(A).

9.      Movant demands that the Plan be amended to include the following language: "Santander Consumer USA Inc. dba Chrysler Capital's lien shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328."

WHEREFORE, Movant requests this Court to deny confirmation of the Plan and for such further relief as this Court deems appropriate.

Dated this 26th day of June, 2026.

/s/ Christopher D. Meyer
Christopher D. Meyer, Esq. (MSB 103467)
*Attorney for Santander Consumer USA Inc.*
*dba Chrysler Capital*

**OF COUNSEL:**
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

2

68411354 v1

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a copy of the foregoing has been served on this 26th day of June, 2026, either by electronic transmission or by United States first class mail postage prepaid to the following:

**Debtors:**
Johnnie C Elerby
130 Ellerby McCallum Rd
De Kalb, MS 393288

**Counsel for the Debtors:**
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

**Trustee:**
Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy
Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

**U.S. Trustee:**
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

/s/ Christopher D. Meyer
OF COUNSEL

68411354 v1