---



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 8, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **JOHNNIE C. ELERBY,**                    **CASE NO. 26-01403-JAW**

    **DEBTOR.**                               **CHAPTER 13**

Christopher D. Meyer, Esq., Counsel for the Creditor

### <u>ORDER TO SHOW CAUSE</u>

You are hereby ordered to appear on July 20, 2026, at 10:00 a.m. in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to comply with the Notice to File Corporate Ownership Statement (Dkt. #17) issued on July 1, 2026, in the above-styled case.

##END OF ORDER##