

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 8, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JOHNNIE C. ELERBY,                                    CASE NO. 26-01403-JAW


DEBTOR.                                               CHAPTER 13


### ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #18) ("Order") entered on July 8, 2026, regarding why sanctions or other relief should not be imposed for failure to comply with the Notice to File Corporate Ownership Statement (Dkt. #17) in the above-styled case. The Court having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##