**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE: JOHNNIE C ELERBY** | ) | **CASE 26-01403-JAW** |
| | ) | |
| | ) | |
| **Debtor** | ) | **CHAPTER 13** |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,

Chowder Inc., a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

Chowder Inc. Union does not have any entity owning 10% or more of its equity interests:

Respectfully submitted,
**BENNETT LOTTERHOS SULSER**
**& WILSON, P.A.**

/s/ Charles Frank Fair Barbour

Charles Frank Fair Barbour, MSB # 99520
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com