_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

In re:                                                    Case No.: 26-01403-JAW

Johnnie C Elerby,                                          Chapter: 13

        Debtor.

### AGREED ORDER ON OBJECTION OF SANTANDER CONSUMER USA INC. TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The Court has before it Creditor Santander Consumer USA Inc. dba Chrysler Capital's ("SCUSA") Objection to Confirmation of Debtor's Chapter 13 plan (docket number 16) set for hearing on July 20, 2026. The parties have announced settlement and request the Court to approve same.

SCUSA's Claim related to that 2024 Kia Forte bearing Vehicle Identification Number 3KPF24ADXRE751611 (the "'Collateral") [Claim 4-1] shall be paid pursuant to SCUSA's Proof of Claim, with 8.5% interest. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtor's current Chapter 13 Plan, and any amendment or modification thereof.

**##END OF ORDER##**

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
*Attorney for Debtor*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Consumer USA Inc.*
*dba Chrysler Capital*

*/s/ Semoune Ellis*
Attorney for Torri Parker Martin
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

70044245 v1