_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **IN RE: JOHNNIE C ELERBY** | ) | **CASE 26-01403-JAW** |
| | ) | |
| | ) | |
| **Debtor** | ) | **CHAPTER 13** |

### AGREED ORDER ON OBJECTION TO PLAN [Dkt #21]

**CAME BEFORE THIS COURT** on Objection of Chowder Inc. ("Chowder") to the

Chapter 13 Plan, and based upon the agreement of the parties, the Court does hereby find that the

parties agree as follows:

1. That Chowder holds a claim against Debtor which is secured by certain HVAC

equipment ("Property").

2. That the parties have agreed to amend the proposed payment on the Property from

$1,500.00 to $8,000.00 with interest at the rate of 8.5% per annum.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Objection is hereby

sustained as stated herein.

**IT IS FURTHER ORDERED AND ADJUDGED** that the proposed payment on the

Property against which Chowder has a claim as shown in the Debtor's Chapter 13 Plan shall be

amended from $1,500.00 to $8,000.00 with interest at the rate of 8.5% per annum.

2

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order, and any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order shall be applicable to any subsequently filed amended or modified Chapter 13 Plan.

**##END OF ORDER##**

AGREED AND APPROVED
AS TO FORM


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Chowder


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


/s/ Semoune Ellis (w/permission CB) for
Torri Parker Martin
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com