United States Bankruptcy Court

Southern District of Mississippi

In re:

Johnnie C Elerby

    Debtor

Case No. 26-01403-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2026 | Form ID: n031 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Johnnie C Elerby, 130 Ellerby McCallum Rd, De Kalb, MS 39328-6358 |
| 5674934 | + | Air South LLC, P.O. Box 211, Mendenhall, MS 39114-0211 |
| 5674937 | + | Chowder, 8920 Eves Rd. #769479, Roswell, GA 30076-0131 |
| 5674941 | + | Johnny R. Ellerby, 130 Ellerby McCallum Rd, De Kalb, MS 39328-6358 |
| 5674944 | + | Regional Finance, 555 Bonita Lakes Plaza, Ste C, Meridian, MS 39301-7013 |
| 5674950 | + | Town Finance Corp., 107 22nd Ave S, Meridian, MS 39301-5944 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 11 2026 19:44:07 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 11 2026 19:45:00 | Santander Consumer USA Inc. dba Chrysler Capital, 1601 Elm Street, Suite 800, Dallas, TX 75201-7260 |
| 5674935 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2026 19:43:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5681118 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 11 2026 19:44:08 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5674936 | + | Email/Text: bankruptcy@cavps.com | Aug 11 2026 19:45:00 | Cavalry Portfolio, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5701991 | + | Email/Text: bankruptcy@cavps.com | Aug 11 2026 19:45:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5674938 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 11 2026 19:43:42 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5674940 | | Email/Text: litbkcourtmail@johndeere.com | Aug 11 2026 19:45:00 | John Deere Financial, P.O. Box 650215, Dallas, TX 75265 |
| 5678323 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 11 2026 19:44:07 | Ford Motor Credit Co LLC Dept, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 5678830 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 11 2026 19:44:07 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5674939 | + | Email/Text: bankruptcy@curo.com | Aug 11 2026 19:46:00 | Heights Finance, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5683366 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2026 19:45:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
| Date Rcvd: Aug 11, 2026 | Form ID: n031 | Total Noticed: 35 |

| 5691930 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2026 19:45:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 5692820 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2026 19:54:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5674942 | + Email/Text: EBNBKNOT@ford.com | Aug 11 2026 19:45:00 | Lincoln Automotive, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 5683251 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 11 2026 19:54:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5674943 | + Email/Text: bankruptcy@marinerfinance.com | Aug 11 2026 19:45:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5678303 | + Email/Text: bankruptcy@regionalmanagement.com | Aug 11 2026 19:45:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5674945 | Email/Text: bankruptcy@republicfinance.com | Aug 11 2026 19:46:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Pl, Baton Rouge, LA 70809 |
| 5680593 | Email/Text: bankruptcy@republicfinance.com | Aug 11 2026 19:46:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5678957 | Email/Text: enotifications@santanderconsumerusa.com | Aug 11 2026 19:45:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, 1601 Elm Street, Suite 800, Dallas, TX 75201-7260 |
| 5674946 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 11 2026 19:45:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5674947 | + Email/Text: lynn.simmers@srfcu.org | Aug 11 2026 19:45:00 | Singing River FCU, 6006 Highway 63, Moss Point, MS 39563-9534 |
| 5674948 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2026 19:43:56 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5674949 | Email/Text: bankruptcycourt@towerloan.com | Aug 11 2026 19:45:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5683411 | + Email/Text: bankruptcycourt@towerloan.com | Aug 11 2026 19:45:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5674951 | ^ MEBN | Aug 11 2026 19:42:32 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5674952 | + Email/Text: sm.rd.so.bkr@usda.gov | Aug 11 2026 19:45:00 | USDA, Farm Service Agency, P.O. Box 66879, Saint Louis, MO 63166-6879 |
| 5674953 | + Email/Text: ebone.woods@usdoj.gov | Aug 11 2026 19:45:00 | USDA, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| cr | | Chowder Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0538-3                           User: mssbad                              Page 3 of 3
Date Rcvd: Aug 11, 2026                        Form ID: n031                            Total Noticed: 35

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles F. F. Barbour | on behalf of Creditor Chowder Inc. cbarbour@blswlaw.com |
| Christopher D Meyer | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital cmeyer@burr.com  kpitts@burr.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Johnnie C Elerby trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031–ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26–01403–JAW
**Chapter:**  13

**In re:**

Johnnie C Elerby
aka Johnny C Ellerby
130 Ellerby McCallum Rd
De Kalb, MS 39328

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 11, 2026 (Dkt. # 31 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601–608–4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Dated: August 11, 2026

Danny L. Miller, Clerk of Court